ADELE KIRSCHENBAUM, by JOSEPH KIRSCHENBAUM, Her Guardian ad Litem, Respondent, *v.* CHESTER F. OSCHUETZ, Appellant.

(Argued December 9, 1932; decided January 10, 1933.)

*Adon W. Crosby* for appellant.

*Morris Weinstein* and *A. Gerald Weinberg* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, KELLOGG, O'BRIEN, HUBBS and CROUCH, JJ.